# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GENENTECH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No. 20-859-CFC-JLH |
| | ) | |
| v. | ) | |
| | ) | |
| SAMSUNG BIOEPIS CO. LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GENENTECH, INC.'S MOTION TO UNSEAL

Plaintiff Genentech, Inc., by and through its undersigned counsel, respectfully moves to unseal redacted portions of the public version of Genentech's Objections to the Magistrate Judge's Order. The grounds for Plaintiff's motion are set forth in the supporting opening brief filed contemporaneously herewith.

|  |  |
|---|---|
| DATED: May 21, 2021 | MCCARTER & ENGLISH, LLP |
|  | /s/ *Daniel M. Silver* |
|  | Michael P. Kelly (# 2295) |
|  | Daniel M. Silver (#4758) |
| OF COUNSEL: | Alexandra M. Joyce (#6423) |
|  | Renaissance Centre |
| Paul B. Gaffney | 405 N. King Street, 8th Floor |
| David I. Berl | Wilmington, Delaware 19801 |
| Thomas S. Fletcher | Tel.: (302) 984-6300 |
| Teagan J. Gregory | Fax: (302) 984-6399 |
| Sumeet P. Dang | mkelly@mccarter.com |
| Williams & Connolly LLP | dsilver@mccarter.com |
| 725 Twelfth St. NW | ajoyce@mccarter.com |
| Washington, DC 20005 |  |
| (202) 434-5000 | *Attorneys for Plaintiff Genentech, Inc.* |

ME1 36585059v.1